# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR161-2 |
| | ) | |
| | ) | |
| v. | ) | ORDER TO DISMISS |
| | ) | BILL OF INDICTMENT |
| | ) | WITHOUT PREJUDICE |
| | ) | |
| GAMBINO FLORES-NAVA | ) | |

Upon the government's Motion, the Court grants the dismissal of the Bill of Indictment in the above-captioned, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: November 1, 2007

Frank D. Whitney
United States District Judge